JOAQUINA HERNANDEZ, Respondent, v. STADIUM PURCHASING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MIGUEL HERNANDEZ, Respondent, v. STADIUM PURCHASING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARTIN C. ANSORGE, Respondent, v. LOUIS W. DUMONT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ETHEL DEMBOFSKY v. THE CITY OF NEW YORK.— Preference granted for January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

VANNET DOWNING, as Administratrix, etc., of JOHN DOWNING, Deceased, v. THE CITY OF NEW YORK.— Preference granted for January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD F. ROBINSON v. GEORGE V. McLAUGHLIN, as Police Commissioner, etc.— Preference granted for January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE TUTTLE BROKAW, Life Tenant under and by Virtue of the Last Will and Testament of ISAAC V. BROKAW, Deceased (Premises Northeast Corner of Fifth Avenue and Seventy-ninth Street, New York City).— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MILNE SMITH.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Final Judicial Settlement of Account of Proceedings of WARD B. CHAMBERLAIN, as Successor Trustee under the Last Will and Testament of ANNE BISHOP, Deceased.— Preference granted for January 11, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK v. ISAAC G. JOHNSON & COMPANY.— Preference granted for January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of HARRY ENGEL and Others, as Substituted Trustees, etc., of MARTIN ENGEL, Deceased, for Payment of Award for Damage Parcel No. 8, etc.— Motion denied upon the ground that the papers are insufficient, questions of facts being presented which should be disposed of before any order is made herein. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THOMAS SHOTKIN, Respondent, v. HENRIETTA P. ASHTON, Appellant — Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict of the jury is against the weight of the credible evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

HARRY GREENWALD, Respondent, v. ACHILLE JOANNIDI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.